PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Southern_ DISTRICT OF TEXAS
### _Houston_ DIVISION

United States Courts
Southern District of Texas
FILED

MAR 13 2018

David J. Bradley, Clerk of Court

_Darnell J. Tramble, #02136473_
Plaintiff's Name and ID Number

_a.M. "Mac" Stringfellow Unit_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_Memorial Hermann Hospital 6411 Fannin st. Hou, Tx 77030_
Defendant's Name and Address

_Ben Taub Hospital 1504 Taub loop Hou, Tx 77030_
Defendant's Name and Address

_Houston Police Department 1200 st. Hou, Tx 77002_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

　　 A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YES ✓ NO

　　 B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

　　　　 1.  Approximate date of filing lawsuit: _N/a_____

　　　　 2.  Parties to previous lawsuit:
　　　　　　 Plaintiff(s) _N/a_____
　　　　　　 Defendant(s) _N/a_____

　　　　 3.  Court: (If federal, name the district; if state, name the county.) _N/a_____

　　　　 4.  Cause number: _N/a_____

　　　　 5.  Name of judge to whom case was assigned: _N/a_____

　　　　 6.  Disposition: (Was the case dismissed, appealed, still pending?) _N/a_____

　　　　 7.  Approximate date of disposition: _N/a_____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: A.M. "Mac" Stringfellow Unit 1200 FM 655 Rosharon Tx 77583

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Darnell J. Tramble #02136473

A.M. "Mac" Stingfellow Unit 1200 FM 655 Rosharon, Tx 77583

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Memorial Hermann Hospital 6411 Fannin st. Houston, Tx 77030/Albarodo, Rondel Paul-M.D., Dosher, Wesley Bradley Hughes-M.D., Bakshi, Chenta-M.D.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Allowed H.P.D. to arrest an Hinder aid before surgery. Failed to render aid in official Compacity.

Defendant #2: Ben Taub Hospital 1504 Taub Loop Houston, Tx 77030/Deveza, Lorenzo -M.D., Potluri, Vani-M.D., ALI, Raheel-M.D., Perkins, Chistopher H-M.D., Chrane Kelsey B., Schimal. Saori-N.P.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

In their official compacity the above doctors failed to render aid to me.

Defendant #3: (H.P.D.) Houston Police Department 1200 Travis st. Houston, Tx 77002

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Came into Memorial Hermann and Hindered me of aid by arresting me before surgey.

Defendant #4: Dr. Zae Y. Zeon/Wynne Unit 810 FM 2821 Huntsville, Tx 77349

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

In his official compacity Dr. Zeon failed to render aid to me.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

On 2-10-17 I Darnell J. Tramble recieved an GSW to the Left Shulder causing an Major Fracture to the mid humerus. 1. I was taken to Memorial Hermann, before surgery could be done Doctors Allowed H.P.D. to Come Inside an HINDER ME of AID by ARRESTING ME. 2. While In custody I was constantly addmitted to BenTaub from 2-22-17 to 5-31-17, where numerous doctors Failed To Render Aid As Well, even though some made statements of me needing medical attention. 3. On 6-29-17 while In T.D.C.J. at Holliday Unit Dr. Zeon described the same injuries and results but also Failed To Render Aid. I am still suffering from the effects of 3 bullet fragments inside of me and an displaced fractured humerus. See exhibits attatched. These doctors failed their duties by not rendering aid to someone in need. H.P.D. Hindered Aid.

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Monitary Damages, Damages for Stress, Pain, an Mental Laguages, Hospital and Court/Lawyer Fees

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

(Alias given by Memorial Hermann) Thompson, David ###

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 02136473 (TDCJ-CID)

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  _____ YES  ✓ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): N/a

2.  Case number: N/a

3.  Approximate date sanctions were imposed: N/a

4.  Have the sanctions been lifted or otherwise satisfied?  _____ YES  ✓ NO

Rev. 05/15

4

C.  Has any court ever warned or notified you that sanctions could be imposed?        ____ YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _N/a_____

    2.  Case number: _N/a_____

    3.  Approximate date warning was issued: _N/a_____

Executed on: _3-7-18_____
        DATE

                    _Darnell Jo Tramble_____
                          (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____7____ day of _March_____, 20 _18___.
         (Day)               (month)           (year)

                    _Darnell Jo Tramble_____
                          (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

Memorial Hermann   2-10-17 to 2-12-17

name (alias given by hospital) Thompson, David ##

MRN: 46268682

orthopedic Surgen: Albarado, Rondel Paul, MD   Attending & admitting Doctor

Displaced segmentral shaft Fracture of Humerus

admit date: 2-10-17
Discharge date: 2-12-17
Disharge Location: Hermann 1 Clinical Observation Unit
Discharge Physician: Bakshi, Chenta MD
Discharge to: Home - Wrong In Custody of H.P.D. since 2-10-17
(all Following information is correct except (alias) Name)

Darnell Tramble-Name: Thompson, David ##  MRN: 46268682  Age: 28 years

Sex: Male    DOB: 10-17-88
Address and Phone: 6603 Hirsch rd. Houston Tx 77026, (281) 706-7842
Race: African American   Ethnicity: Non-Hispanic  Language: English
Address is Mothers: De'Edra Tramble; phone# is Step-mothers: Janice Rose

2-11-17

Dosher, Wesley Bradley Hughes MD  Orthopedic Surgen PGY-2
ORS Trauma Progress Note
S: Nausea over night, pain to Lue
A/P: 28yo-M- with ballistic L humerus fx
placed in a coaptation splint in ED
F/U with Dr. Andrew Choo in 1 week; never happened in custody
of H.P.D.; admitted to Ben Taub (2-22-17) emergency after
mishaps and discrepancies between patient an Doctors at
Harris County Jail
(Exhibit)

# Ben Taub

Patient was denied medication for pain, with the Exception of once in a (4) month period, on and off again on the next month.
(see pages) pg 2 of 16, pg 4 of 16, pg 6 of 16, pg 8 of 16, pg 10 of 16, pg 11 of 16, pg 13 of 16, pg 14 of 16, pg 15 of 16

Patient Continues to Complain about Pain & Suffering Each visit.
(see pages) pg 1 of 4, pg 3 of 4, pg 4 of 4, pg 2 of 16, pg 4 of 16, pg 5 of 16 (arthralgias = joint pain) pg 11 of 16, pg 15 of 16

Patient Complaint of multiple GSU, No attempt was made to locate other 2, although the Doctors noted 3 entry GSU, only one was discussed
(see pages) pg 16 of 16, pg 3 of 4, pg 4 of 4, pg 1 of 7, pg 2 of 7, pg 3 of 7, pg 4 of 7, pg 5 of 7, pg 6 of 7, pg 2 of 16, pg 3 of 16, pg 9 of 16, pg 13 of 16, pg 16 of 16

Doctors constantly stated comminuted (pulverized) fracture but nothing done
(see pages) 1 of 4, pg 3 of 4, pg 4 of 4, pg 1 of 7, pg 2 of 7, pg 3 of 7, pg 4 of 7, pg 5 of 7, pg 6 of 7

Doctors noted that the fracture was acute (requiring medical care)
pg 4 of 4, pg 4 of 7, pg 5 of 7, pg 6 of 7

There were 2 fractures on left arm, shulder and an humerus, doctors only discussed about humerus
(see pages) pg 1 of 7, pg 2 of 7, pg 3 of 7, pg 4 of 7, pg 5 of 7, pg 5 of 16, pg 6 of 16

Doctor noted that fracture somehow aligned after being displaced 2 hours prior to statement with no surgery and no medication or nothing done at all.
(see pages) pg 4 of 4, pg 4 of 7, pg 6 of 7

Doctors stated that they didn't wanna damage any tissue by having surgery but stated tissue around fracture is damaged and swollen
(see pages) pg 4 of 7, pg 6 of 7, pg 4 of 4

Doctors stated displaced fracture but also stated it being aligned.
(see pages) pg 1 of 4, pg 3 of 4, pg 1 of 7, pg 2 of 7, pg 3 of 7, pg 4 of 7, pg 5 of 7, pg 6 of 7, pg 1 of 16, pg 4 of 16, pg 5 of 16, pg 6 of 16, pg 8 of 16, pg 9 of 16, p 12 of 16, pg 13 of 16, pg 14 of 16, pg 15 of 16, pg 16 of 16

(Exhibit)

# Ben Taub

Deveza, Lorenzo MD   2-22-17       ortho clinic

pg 1 of 7
5:01   Findings: Displaced comminuted fracture of the left proximal to mid humerus with accociated metallic bullet fragment.

pg 2 of 7
5:01   Impression: comminuted proximal to mid humerus with accociated indwelling bullet fragment

pg 4 of 7
4:42pm   Findings: Bones: Acute, moderatly displaced, comminuted fracture of the proximal to mid humerus, with full shaft medial displacement, and medial angulation of distal segmant. Metallic Bullet Overlying the fracture.
Soft tissue: Moderate soft tissue swelling surrounds the fracture
Dictated By: Michelle Agrons, MD

pg 6 of 7
6:39pm   Impressions: Status post casting/splinting of the previously described acute comminuted fracture of the mid to proximal humerus, with overlying bullet fragment, _NOW_ with mildly improved alignment.  Dictated By: Michelle Agrons: MD 7:06pm

pg 1 of 16
28 Male hx of HTN sustained GSW (2-10-17) sustained L humerus fx L proximal third humeral shaft fx

pg 2 of 16
cheif complaint : Pain left humerus fracture 2/10 s/p gsw
other follow up: pain left upper arm
Current medication : No current facillity-administered medications on file prior to encounter
No current out-patient prescriptions on file prior to encounter

pg 3 of 16
5:25 Moderate humeral swelling - Some radial nerve distribution numbness
XR demonstrates proximal third humerus fracture with butterfly fragment

Nothing done on 2-22-17 visit

(Exhibit)

2-22-17 Potluri, Vani MD    orthoclinic

pg 4of16 paetient presents from jail for evaluation for managment and possible
ORIF

He reports that he has some pain and since incident has some numbness
of his pinkie and reports being unable to raise his army he reports that
it is not only because of pain
Reports history of vague chest pain with exertion that was diagnosed
as anxiety

pg 5of16 Musculoskeletal: Positive for joint swelling and arthralgias
Neurological: Positive for weakness and numbness
Left shulder is edematous, wrapped with limited range of motion,
unable to raise arm. L 5th digit numbness

pg 6of16
1. Fracture 2. Fracture to left shoulder, with nonunion, subsquent encounter
no medication - nothing done

3-1-17 Chrane, Kelsey D, Po.D.

pg 4of4 Impressions: Unchanged casting/splinting of the previously described
acute comminuted fracture of the mid to proximal humerus with
overlying bullet fragment and unchanged alignment
Dictated by: Eric Smuclovisky M.D.

pg 13of16
Medication - non requested

pg 14of16 1. Other open displaced fracture of proximal end of left humerus
- an oblique fracture that is being managed non-operatively in brace.
3 weeks out. Radial nerve motor intact but with mild numbness in
radial/median nerve distributions

pg 15of16 Aggravating/alleviating Factors: Pain with Rom of arm and direct
palpation of fracture site. No medication
Neurologi: reports numbness/tingling in median/radial nerve

pg 16of16 skin: 3 small GSWs (½ cm diameter)(largest) sensations light to touch in
ulnar distributions. Mild numbness in median/radial nerve distribution

(Exhibit)

Schmal, Saori, NP       3-29-17   ortho clinic

pg 11 of 16

1. Other open displaced fracture of proximal end of left humerus with routine healing, subsequent encounter

oblique fracture that is being managed non opertively in brace. Now 7 weeks out. Radial nerve moter function intact but with mild numbness in radial nerve distributions
cheif complaint: Shulder Pain   No current medication

pg 12 of 16

open fracture of proximal end of left humerus
Neurologic: reports numbness/tingling in median/radial nerve distribution Mild numbness in radial nerve distributions

pg 13 of 16 Procedures: None

pg 3 of 4 Impressions: Incomplete healing of the comminuted humeral diaphysis fracture of the mid to proximal humerus with mild angulation and displacement. Stable bullet fragment
Indication: Pain

ALI, Raheel A, MD   ortho clinic #047329   5-31-17

pg 8 of 16

1. Other fracture, opened displaced, proximal end of humerus with routine healing subsquent encounter

Oblique fracture ~~of the~~ that is being managed non-opertively in brace. 3 months out. Radial nerve motor function intact but with mild numbness in radial nerve distributions
• no current out patient prescriptions on file • no current facility-medications
• Imaging/Laboratory Findings: X-Ray L Humerus with maintained alignment of oblique proximal humerus fracture in brace. Retained bullet fragment.
22 degrees of varus deformity

(Exhibit)

Perkins, Christopher H, MD #38426 orthoclinic  5-31-17

pg 1of 4

History: Pain

Findings: Overlying brace artifact limits sensitivity

Impressions: 1. Progressive but incomplete healing of comminuted extra-articular left humeral mid shaft fracture with medial angulation and minimal displacement

2. Unchanged osseous alignment

pg 2of 4

no information given by Perkins, Chistopher H, on the date of 5-3-17 but noted that he was the provider. Encounter # 97199097

pg 7of16

Perkins, Chistopher H, MD cosigned Ali, Raheel A, MD on 5-31-17 with Attestion signed by him stating:

I saw and examined the paitient. I agree with the resident assesment and treatment plan.

(Exhibit)

TDCJ  Holliday Unit

Dr. Zae Y, Zeon/Wynne Unit    6-28-17

History: LT Upper Arm, S/P GSW in 2/2017

Findings: Left humerus show a comminuted mid diaphyseal humerus fracture with lateral apex angulation and overriding fracture margins. There is bridging and non bridging callus formation seen.

a bullet fragment in the soft tissues anterior to the humerus.

Follow up after X-Ray never happened shipped off of Holliday Unit to Larry Gist Unit in Beaumont, Tx

(Exhibit)

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS   HOUSTON DIVISION

Darnell Tramble, #02136473
a.M."Mac" StringFellow Unit

Case NO:

V.

Memorial Hermann Hospital 6411 Fannin
Houston, Tx 77030

Ben Taub Hospital 1504 Taub Loop
Houston, Tx 77030

H.P.D. Houston Police Department 1200 Travis st.
Houston, Tx 77002

## I.
## PREVIOUS LAW SUIT

The petitioner has NO previous Law Suit File with any Court.

## II.
## Place of Present Confinement

I am Darnell Jo Tramble, TDCJ-CID #02136473, Pro-Se presently Confined in the Texas Department of Criminal Justice - Institutional Division. On the a.M. "Mac" StringFellow Unit, 1200 FM 655 Rosharon, Texas 77583.

-1-

## III.

## Exhaustion of Grievance Procedure

The Petitioner believes he has Exhausted all Grievance Procedures.

## IV.

## Parties To This Suit

A. Darnell J. Tramble, #02136473, A.M. "Mac" Stringfellow Unit 1200 FM 655 Rosharon, Tx 77583

B.
Defendant #1: Memorial Herman Hospital 6411 Fannin Houston, Tx 77030 Ronde Paul, Albarado-M.D., Dosher, Wesley Bradley Hughes-M.D., Bakshi, Chenta-M.D.
allowed H.P.D. to arrest an Hinder me of Aid. In their official compacity failed to render aid to me.

Defendant #2: Ben Taub Hospital 1504 Taub Loop Houston Tx 77030/ Deveza, Lorenzo, M.D., Potluri, Vani, M.D., ALP, Raheel, M.D., Perkins, Chistopher H, M.D., Chrane, Kelsey D, P.A., Schmal, Saori, No.P.

In their official compacity the above failed to render aid to me.

Defendant #3: H.P.D. Houston Police Department 1200 Travis st. Houston Tx 77002

Came into Memorial Hermann Hospital an Hindered me of aid by arresting me before surgery.

Defendant #4: Dr. Zae Y Zeon/ Wyne Unit 810 FM 2821 Huntsville, Tx 77349

In his official compacity failed to render aid to me.

Defendant #5:

–2–

## V. Statement of Claim

On 2-10-17 I, Darnell J. Tramble recieved an GSW to the Left Shulder causing an Major Fracture to the mid humerus. 1. I was taken to Memorial Hermann, before surgery could be done Doctors Allowed H.P.D. to Come Inside an HINDER ME OF AID by Arresting Me. 2. While in custody I was constantly admitted to BenTaub from 2-22-17 to 5-31-17, where numerus doctors failed to render aid as well. Eventhough some made statements of me needing medical attention. 3. On 6-29-17 while in T.D.C.J. at Holiday Unit Dr. Zeon described the same injuries and results but also failed to render aid. I am still suffering from the effects of 3 bullet fragments inside of me, and an displaced fracture of humerus. See exhibits attatched for more details. These doctor basically failed their duties by not rendering aid to a person in need. H.P.D. Hindered Aid.

## VI. Relief

Monitary Damages, Damages for Stress, Pain, Mental Languages

## VII. General BackGround Information

a. (alias) Thompson, David ###

B. # 02136423

## VIII. Sanctions

The Petitioner has never been sanctioned, has never filed any lawsuits, nor has been warned by any court or notified that sanctions could be imposed.

-3-

## Plaintiff's Declarations

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an informa pauperis lawsuit if I have brought three or more civil actions or appeals (from a judgement in a civil action) in a court of the United States while incarserated or detained in any facility, wich lawsuits where dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until filing fee is paid.

Signed this 7th day of March, 2018

Darnell Tramble

−4−